*Charlene M. Russo*, in opposition.

Decided December 8, 2003

## MARCEL HUGUENIN *v.* COMMISSIONER OF CORRECTION

The petitioner Marcel Huguenin's petition for certification for appeal from the Appellate Court (AC 23247) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the petitioner's appeal on the ground that the ex post facto issue raised by the petitioner was not debatable among jurists of reason?"

The Supreme Court docket number is SC 17103.

*Sandra J. Crowell*, assistant public defender, and *Temmy Ann Pieszak*, chief of habeas corpus services, in support of the petition.

Decided December 8, 2003